# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Cellicia Hunt<br><br>*Defendant(s)* | Case No.<br>19-6420-SNOW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 30, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844(f)(1) | Maliciously attempt to damage and destroy by means of fire a building in whole or in part owned or possessed or leased by a department or agency of the United States, that is, the United States Citizenship and Immigration Services. |

This criminal complaint is based on these facts:
On August 30, 2019, the defendant, Cellicia Hunt, approached a building possessed by the United States Citizenship and Immigration Services, a department or agency of the United States, at 4451 NW 31st Avenue, Oakland Park, Broward County, Florida. The defendant lit fire to a wick inserted into a glass bottle containing gasoline, opened the door and threw the bottle into the lobby of the building. The flaming wick self-extinguished when the bottle was thrown. The bottle landed on the floor and shattered, but the gasoline did not ignite. Security guards observed the defendant's actions and apprehended her outside. The incident was recorded by security cameras.

☐ Continued on the attached sheet.

*Complainant's signature*

Scott Unger, Special Agent, Homeland Security Inv.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/30/19

*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*